Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Eagle Roadways, Inc.
Debtor

Case No.: 21−10174−KCF
Chapter 7

Daniel E. Straffi, Trustee
Plaintiff

v.

Trend Intermodal Chassis Leasing LLC
Defendant

Adv. Proc. No. 22−01368−KCF        Judge: Kathryn C. Ferguson

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 23, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 11 − 7
Order Granting Application To Allow Attorney J. Stephen Simms as Special Counsel to Appear Pro Hac Vice (Related Doc # 7). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 12/23/2022. (dmi)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 23, 2022
JAN: dmi

Jeanne Naughton
Clerk