Genova Burns LLC
101 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Ph:    973-387-7804
Fax:   973-533-1222
dclarke@genovaburns.com
Attorneys for Defendant

| In re:<br><br>Eagle Roadways, Inc.<br><br>                  Debtor.<br><br>Daniel E. Straffi, Trustee<br><br>                  Plaintiff,<br><br>  v.<br><br>Trend Intermodal Chassis Leasing LLC,<br><br>                  Defendant. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 7<br><br>Case No. 21-10174/KCF<br><br><br>Adv. Proceeding No.: 22-01368/KCF<br><br>Judge:    Ferguson |
|---|---|

**CERTIFICATE OF COMPLIANCE**

      J. Stephen Simms certifies that, pursuant to this Court's Order [ECF 11], on December 23, 2022, a check in the amount of $150.00 for payment of the fee for J. Stephen Simms' admission *pro hac vice,* was remitted to the Clerk, USDC via U.S. Mail.

      Further, a check in the amount of $212.00 for payment of the annual fee for J. Stephen Simms' admission *pro hac vice*, was remitted to the New Jersey Lawyers' Fund for Client Protection via U.S. Mail.

[Continued on Next Page]

Dated: December 27, 2022.

GENOVA BURNS LLC

<table>
<tr>
<td>

/s/ Donald W. Clarke
Donald W. Clarke
101 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Ph:    973-387-7804
Fax:   973-533-1222
dclarke@genovaburns.com

</td>
<td>

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice*)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Ph:    443-290-8704
Fax:   410-510-1789
jssimms@simmsshowers.com

</td>
</tr>
</table>

Attorneys for Defendant
Trend Intermodal Chassis Leasing LLC