Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Eagle Roadways, Inc.
Debtor

Case No.: 21−10174−KCF
Chapter 7

Daniel E. Straffi, Trustee
Plaintiff

v.

Trend Intermodal Chassis Leasing LLC
Defendant

Adv. Proc. No. 22−01368−KCF          Judge: Kathryn C. Ferguson

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 25, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 18 − 17
ORDER APPROVING SETTLEMENT (related document:17 Notice of Proposed Compromise or Settlement of Controversy re: Alleged Preferential Fraudulent Transfer Claim. Hearing scheduled for 05/30/2023 at 10:00 am. Filed by Daniel E. Straffi on behalf of Daniel E. Straffi, Trustee. Objections due by 05/23/2023. filed by Plaintiff Daniel E. Straffi, Trustee). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/25/2023. (ghm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 25, 2023
JAN: ghm

Jeanne Naughton
Clerk