**STRAFFI & STRAFFI**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
Attorney for Plaintiff

| | |
|---|---|
| In re: ) | UNITED STATES BANKRUPTCY COURT |
| ) | FOR THE DISTRICT OF NEW JERSEY |
| Eagle Roadways, Inc. ) | |
| ) | |
| Debtor. ) | Case No. 21-10174/KCF |
| ) | Chapter 7 Proceeding |
| Daniel E. Straffi, Trustee ) | Adv. Pro. 22-01368/KCF |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | |
| ) | **STIPULATION OF DISMISSAL WITH** |
| Trend Intermodal Chassis Leasing LLC ) | **PREJUDICE** |
| ) | |
| Defendants. ) | |

*The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice without costs against either party.*

Dated: 6/8/2023

By _____
J. Stehen Simms, Esq.
Attorney for Defendant

Dated: 6/8/23

By _____
Daniel E. Straffi, Esq.
Attorney for Plaintiff